AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clevert, Jr., Charles N. | U.S. District Court - E.D. of WI | 05/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge - Active (Retired as of 3/31/17) | ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 03/31/2017 |

**7. Chambers or Office Address**

208 U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevert, Jr., Charles N. | 05/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February 4-8, 2016 | San Diego, CA | Mid-Year Meeting | Transportation, Lodging, and Food |
| 2. | American Bar Association | May 11-15, 2016 | Atlanta, GA | TIPS Conference: Torts and Insurance | Transportation, Lodging, and Food |
| 3. | American Bar Association | August 4-9, 2016 | San Francisco, CA | Annual Meeting | Transportation, Lodging, and Food |
| 4. | American Bar Association | February 1-7, 2017 | Miami, FL | Mid-Year Meeting | Transportation, Lodging, and Food |
| 5. | Milwaukee Bar Association | February 7-8, 2016 | San Diego, CA | ABA Mid-Year Meeting | Transportation, Lodging, and Food |
| 6. | Milwaukee Bar Association | August 7-9, 2016 | San Francisco, CA | ABA Annual Meeting | Transportation, Lodging, and Food |
| 7. | Milwaukee Bar Association | February 5-7, 2017 | Miami, FL | ABA Mid-Year Meeting | Lodging and Food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clevert, Jr., Charles N. | 05/03/2017 |

| 8. | JTBF - APO | September 15-18, 2016 | New York, NY | National Conference | Lodging and Food |
|---|---|---|---|---|---|
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevert, Jr., Charles N. | 05/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevert, Jr., Charles N. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade IRA (H) | | | | | | | | | |
| 2. -Goldman Sachs BK USA NY CD | | Interest | | | Matured | 05/02/16 | K | | |
| 3. -Facebook | | | J | | Buy | 04/28/16 | J | | |
| 4. -Power Shares (SPHD) | A | Dividend | J | | Buy | 05/03/16 | J | | |
| 5. | A | Dividend | J | | Buy (add'l) | 07/08/16 | J | | |
| 6. - Power Shares Dynamic Build (PKB) | A | Dividend | J | | Buy | 05/25/16 | J | | |
| 7. - American Water Works (AWK) | A | Dividend | | | Buy | 06/24/16 | J | | |
| 8. | | | | | Sold | 11/07/16 | J | | |
| 9. - Vanguard Extended Duration TRS (EDV) | A | Dividend | | | Buy | 06/28/16 | J | | |
| 10. | | | | | Sold | 11/10/16 | J | | |
| 11. -Metropolitan West Total Return (MWTIX) | A | Dividend | J | | Buy | 06/28/16 | J | | |
| 12. | A | Dividend | J | | Buy (add'l) | 07/01/16 | J | | |
| 13. | A | Dividend | J | | Buy (add'l) | 08/01/16 | J | | |
| 14. | A | Dividend | J | | Buy (add'l) | 09/01/16 | J | | |
| 15. | A | Dividend | J | | Buy (add'l) | 10/03/16 | J | | |
| 16. | A | Dividend | J | | Buy (add'l) | 11/01/16 | J | | |
| 17. | A | Dividend | J | | Buy (add'l) | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevert, Jr., Charles N. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | J | | Buy (add'l) | 12/13/16 | J | | |
| 19. | A | Dividend | J | | Buy (add'l) | 01/03/17 | J | | |
| 20. | A | Dividend | J | | Buy (add'l) | 02/01/17 | J | | |
| 21. | A | Dividend | J | | Buy (add'l) | 03/01/17 | J | | |
| 22. -Accenture PLC (ACN) | A | Dividend | J | | Buy | 09/26/16 | J | | |
| 23. -First Trust NASDAQ (QQEW) | | | J | | Buy | 11/10/16 | J | | |
| 24. -Power Shares (SPHB) | A | Dividend | J | | Buy | 11/10/16 | J | | |
| 25. -Travelers Company Inc (TRV) | A | Dividend | J | | Buy | 11/14/16 | J | | |
| 26. -Apple, Inc (AAPL) | | | J | | Buy | 11/21/16 | J | | |
| 27. -Mastercard (MA) | | | J | | Buy | 11/21/16 | J | | |
| 28. -Lockheed Martin (LMT) | A | Dividend | J | | Buy | 08/18/16 | J | | |
| 29. -ProShares Russell 2000 Dividend Growers (SMDV) | A | Dividend | J | | Buy | 01/04/17 | J | | |
| 30. -PowerShares S&P MidCap Low Vol. ETF (XMLV) | A | Dividend | J | | Buy | 01/04/17 | J | | |
| 31. -PowerShares Russell 2000 Pure Value ETF (PXSV) | A | Dividend | J | | Buy | 01/26/17 | J | | |
| 32. -Interdigital, Inc. (IDCC) | A | Dividend | J | | Buy | 01/26/17 | J | | |
| 33. -US Small Cap Low Volatility (SMLV) | A | Dividend | J | | Buy | 01/26/17 | J | | |
| 34. -Rockwell Collins (COL) | A | Dividend | J | | Buy | 03/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevert, Jr., Charles N. | 05/03/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevert, Jr., Charles N. | 05/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles N. Clevert, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544